B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Charles David Dunford, II**  
Debtor(s)

Case No. _____  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> Mortgage Center LC | **Describe Property Securing Debt:** <br> Single-family home, 3 bd, at 22170 Cherrylawn, Brownstown, MI |
|---|---|

Property will be (check one):  
■ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
☐ Claimed as Exempt      ■ Not claimed as exempt

---

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No. 1

| **Lessor's Name:** <br> Edward Tilk | **Describe Leased Property:** <br> Home rental at 4220 Howard, Lincoln Park, MI 48146. Debtor has 50% interest along with co-debtor Dawn E. Dunford. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ■ YES     ☐ NO |
|---|---|---|

---

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **May 18, 2009**  
Signature **/s/ Charles David Dunford, II**  
**Charles David Dunford, II**  
Debtor

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy